# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG

In re: <u>MARIE BURNS</u>         Case No. <u>15-00447</u>
       Chapter <u>13</u>

**Notice of Post Petition Mortgage Fees, Expenses, and Charges**

If you hold a claim secured by a security interest in the debtor's principle residence, you must use this form to give notice of any post petition fees, expenses and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this for as a supplement to your proof of claim

Name of creditor: <u>Green Tree Servicing LLC (acting as authorized agent)</u>    Court claim no. (if known): <u>1</u>

Last four digits of any number you use to identify the debtor's account: <u>1747</u>

Does this notice supplement a prior notice of post petition fees, expenses, and charges?

[X] No
[ ] Yes. Date of the last notice:

## Part 1: Itemize Post Petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or rules on by the bankruptcy court.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney's fees | | (3) $ |
| 4. Filing fees and court costs | 3/12/15 | (4) $300.00 |
| 5. Bankruptcy Proof of claim fees | | (5) $ |
| 6. Appraisal/broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: _ | | (11) $ |
| 12. Other. Specify: _ | | (12) $ |
| 13. Other. Specify: _ | | (13) $ |
| 14. Other. Specify: _ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

15-00447 ****1747

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

[ ]  I am the creditor.

[X]  I am the creditor's authorized agent.

(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Date 04/23/2015

X  /s/  NICOLE ROMEO
    Signature

Title Bankruptcy Representative

**Print:**  NICOLE ROMEO

   First Name    Middle Name    Last Name

Company  Green Tree Servicing LLC
Address  P.O. Box 6154
         Rapid City, SD 57709-6154

Contact phone  888-298-7785         Email NICOLE.ROMEO@GTSERVICING.COM

15-00447 ****1747

# KML LAW GROUP, P.C.

701 Market Street

Philadelphia, PA 19106 1532

Phone No: (215) 627-1322

Fax No: (215) 627-7734

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| Green Tree - GTA | | Invoice #: | GT323417 |
| | | Invoice Status: | Check Requested(Adj/Res) |
| 345 St Peter Street | | Input By: | Marie Campuzano |
| St Paul, MN 55102 | | Date Submitted: | 3/12/2015 |
| Re: | BURNS MARIE | Invoice Date: | 3/12/2015 |
| | 221 SYCAMORE TRL | Vendor Ref #: | |
| | DELTA, PA 17314 | | |
| Loan #: | ■■■■■■ | Vendor Code: | GOLDMC |
| Loan Type: | Conventional | Payee Code: | 0060601124 |
| Inv. ID / Cat. ID: | 625 / 28632 | Type: | Non Judicial |
| Cost Center: | | Referral Date | 3/2/2015 |
| CONV Case No: | | | |
| GSE Code: | | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| Entity Code: | | Foreclosure Removal Date: | N/A |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| BK Case No: | 15-00447 MDF | Protection Begin Date | N/A |
| BK Chapter: | 13 | Protection End Date | N/A |

Invoice ID: 153576985
Asset Number:
Approver Name: Roberta Hansen
Outsourcer: LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/12/2015 | 3/28/2015 | 4/1/2015 | 4/1/2015 | 4/1/2015 | 4/1/2015 | |

| Fee Description(s) | W/H | Aff.Ind. | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | | 03/09/2015 | 1 | $500.00 | $500.00 | ($200.00) | $300.00 |

**Note: Objection to Confirmation**
Service From Date: 3/9/2015                 Service To Date: 3/9/2015 12:00:00

| | | | | | | $500.00 | ($200.00) | $300.00 |
|---|---|---|---|---|---|---|---|---|

| Total: | | | | | | $500.00 | ($200.00) | $300.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
OK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BURNS MARIE                NO. 15-00447

## CERTIFICATE OF SERVICE

I, NICOLE ROMEO, do hereby certify that I have served a true and correct copy of the **NOTICE OF POST PETITION FEES AND COSTS** filed by Green Tree Servicing LLC on 4/23/15 via ECF notification service Marie Elaine Burns 221 Sycamore Trail Delta, PA 17314 C/O Vicki Ann Piontek Piontek Law Office 951 Allentown Road Lansdale, PA 19446 AND TRUSTEE Charles J. DeHart, III (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036.

DATED: This the 23RD day of APRIL, 2015.

                                              /s/ NICOLE ROMEO
                                              NICOLE ROMEO

NICOLE ROMEO
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703