```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                      Case No. 15-00447-MDF
Marie Elaine Burns                                                          Chapter 7
              Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach               Page 1 of 2                   Date Rcvd: Jan 17, 2017
                              Form ID: orclreop           Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
4607624       +AES / Keystone,    P.O. Box 61047,    Harrisburg, PA 17106-1047
4607625       +AES / PHEAA-ADV,    P.O. Box 61047,    Harrisburg, PA 17106-1047
4607626      ++ALCHEMY WORLDWIDE LLC,    PO BOX 16699,    ENCINO CA 91416-6699
                (address filed with court:   Alchemy Worldwide, LLC,    15250 Ventura Blvd,   3rd Floor,
                Sherman Oaks, CA 91403)
4607627      #+Allied Collection Services of CA,    8550 Balboa Blvd,    Suite 232,   Northride, CA 91325-5806
4607630       +American Radiology,    1000 Twin C Lane,    #100,   Newark DE 19713-2140
4618799       +American Radiology Services,    R&R Prof Recovery,    PO Box 21575,   Baltimore, MD 21282-1575
4607632       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
4607634       +Damascus Equine Associates,    27601 Barnes Road,    Damascus, MD 20872-1528
4607635       +Delmarva Collection,    P.O. Box 37,   Salisbury, MD 21803-0037
4607636       +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
4607637       +First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
4607642       +HSBC Bank,    P.O. Box 9,   Buffalo, NY 14240-0009
4607641       +Hicken, Cranley, Taylor,    2330 West Joppa Road,    Suite 100,   Lutherville, MD 21093-4614
4607643       +KML Law Group,    Attention: Bankruptcy Department,    111 S. Independence Mall East,
                Philadelphia, PA 19106-2515
4731687       +Megan Snyder, VMD LLC,    Damascus Equine Associates,    1941 Long Corners Rd,
                Mt Airy, MD 21771-3737
4607644       +NAPA of Maryland,    c/o C-Tech Collections,    5505 Nesconset Highway,
                Mount Sinai, NY 11766-2037
4612936       +NAPA of Maryland,    CTech Collections Inc,    5505 Nesconset Hwy Ste 200,
                Mt Sinai, NY 11766-2026
4607645       +PA Higher Education,    P.O. Box 8147,    Harrisburg, PA 17105-8147
4607646        PA Higher Education / AES,    P.P. Box 61017,    Harrosburg, PA 17106
4610813       +PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
4607647       +Progressive,    6300 Wilson Mills Road,    Mayfiled Village, OH 44143-2182
4607649       +R&R Professional Recovery,    1500 Reierstown Road,    Pikesville, MD 21208-4339
4607650       +R&R Professional Recovery,    P.O. Box 21575,    Pikesville, MD 21282-1575
4607651      #+Ramsey Ford of Elkton,    560 E. Pulaski Highway,    Elkton, MD 21921-6031
4622750       +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4739277       +Santander Consumer USA, Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                Dallas, TX 75356-2088
4607653       +South Jersey Equine Associates,    2219 Sanford Drive,    Vineland, NJ 08361-6858
4607652       +South Jersey Equine Associates,    P.O. Box 1106,    713 Landis Ave,   Vineland, NJ 08360-8005
4607656      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Leasing,    5005 N. River Blvd, N.E.,
                Cedar Rapids, IA 52411)
4607622       +Toyota Mortor Credit Corp,    5005 North River Blvd NE,    Cedar Rapids, IA 52411-6634
4607655       +Toyota Motor Credit Corp,    240 Gibraltar Road,    Suite 260,   Horsham, PA 19044-2387
4607658        Union Hospital Physicians,    Elkton, MD 21921
4607623       +Union Hospital Physicians,    106 Bow Street,    Elkton, MD 21921-5596
4607660       +Universal Collection Service,    5707 Calverton Street,    Suite 2 A,   Baltimore, MD 21228-1772
4607661       +Upper Chesapeake Emergency Medical,    500 Upper Chesapeake Drive,    Bel Air, MD 21014-4324
4607662       +Verizon,    P.O. Box 5029,    Wallingford, CT 06492-7529
4607663       +Verizon,    500 Technology Drive,   Suite 300,    Weldon Spring, MO 63304-2225
4660495       +Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4607628       +E-mail/Text: bankruptcy@acbhq.com Jan 17 2017 19:10:59     American Credit Bureau,
                P.O. Box 4545,   Boynton Beach, FL 33424-4545
4607629       +E-mail/Text: bankruptcy@acbhq.com Jan 17 2017 19:10:59     American Credit Bureau, Inc.,
                2755 South Federal Highway,    Boynton Beach, FL 33435-7742
4607631       +E-mail/Text: banko@berkscredit.com Jan 17 2017 19:11:01     Berks Credit and Collections,
                900 Corporate Drive,    Reading, PA 19605-3340
4607633       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 17 2017 19:11:46
                Credit Collection Service,    P.O. Box 9134,   Needham, MA 02494-9134
4609093        E-mail/Text: bankruptcy.bnc@ditech.com Jan 17 2017 19:11:01     Green Tree Servicing LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
4607638       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 17 2017 19:11:01     Green Tree Serviceing, LLC,
                345 Saint Peter Street,    Saint Paul, MN 55102-1211
4607639       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 19:06:08     Green Tree Servicing, LLC,
                7360 S. Kyrene Road,    Tempe, AZ 85283-8432
4607640       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 17 2017 19:11:01     Greentree Services, LLC,
                345 Saint Peter Street,    Saint Paul, MN 55102-1641
4730967       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 17 2017 19:11:02     PECO,
                2301 Market Street,    Philadelphia, PA 19103-1380
4739673       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 17 2017 19:11:02     PECO Energy Company,
                Attn:  Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
4661259        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2017 19:11:04
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA 98083-0788
4607664       +E-mail/Text: bnc-bluestem@quantum3group.com Jan 17 2017 19:11:37     Webbank / Freshstart,
                6250 Ridgewood ROad,    Sain Cloud, MN 56303-0820
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                  TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4607648          R&R Professional Recovery
4607657*        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Motor Leasing,    5005 North RIver Blvd, NE,
                   Cedar Rapids, IA  52411)
4607654*         +Toyota Mortor Credit Corp,    5005 North River Blvd NE,    Cedar Rapids, IA 52411-6634
4607659*         +Union Hospital Physicians,    106 Bow Street,    Elkton, MD 21921-5596
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon, Et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              Robert J Hannen    on behalf of Defendant    R&R Professional Recovery. Inc.
               rhannen@eckertseamans.com,
               mrichter@eckertseamans.com;kobrien@eckertseamans.com;rstauffer@eckertseamans.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon, Et al...
               tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Plaintiff Marie Elaine Burns vicki.piontek@gmail.com
              Vicki Ann Piontek    on behalf of Debtor Marie Elaine Burns vicki.piontek@gmail.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                  TOTAL: 10
```

orclreop(05/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Marie Elaine Burns                     Chapter 7

Case number 1:15−bk−00447−MDF

**Debtor(s)**

### Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: January 17, 2017                By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: CKovach, Deputy Clerk